# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jane Doe, et al., | No. CV-24-02259-PHX-MTL |
|     Plaintiffs, | **ORDER** |
| v. | |
| Kris Mayes, et al., | |
|     Defendants. | |

Pursuant to the Court's June 7, 2025 Order at Docket No. 161,

**IT IS ORDERED** that Defendant Attorney General Kris Mayes is dismissed from this action. The Clerk of Court must terminate Attorney General Mayes as a defendant.

Dated this 8th day of July, 2025.

*Michael T. Liburdi*
Michael T. Liburdi
United States District Judge