# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jane Doe, et al., | No. CV-24-02259-PHX-MTL |
| Plaintiffs, | **ORDER** |
| v. | |
| Kris Mayes, et al., | |
| Defendants. | |

Having received the parties' Consent Motion to Modify Scheduling Order, and good cause appearing,

**IT IS ORDERED** granting the Consent Motion (Doc. 192). The deadline for joining parties, filing a motion to amend the pleadings, and filing supplemental pleadings is extended to **October 6, 2025**.

**IT IS FURTHER ORDERED** reaffirming the Court's Scheduling Order (Doc. 181) in all other respects.

Dated this 23rd day of September, 2025.

*Michael T. Liburdi*
Michael T. Liburdi
United States District Judge