IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jane Doe, et al., <br>     Plaintiffs, <br> v. <br> Kris Mayes, et al., <br>     Defendants. | No. CV-24-02259-PHX-MTL <br><br> **ORDER** |

    **IT IS ORDERED** setting an in-person hearing on Plaintiff's Motion to Compel Production of Records (Doc. 191) on **December 3, 2025, at 9:30 a.m.**, in Courtroom 504, 401 West Washington Street, Phoenix, AZ 85003 before United States District Judge Michael T. Liburdi.

    **IT IS FURTHER ORDERED** directing Plaintiffs to provide notice of the hearing to the Maricopa County Adult Probation Department.

    Dated this 7th day of November, 2025.

Michael T. Liburdi
United States District Judge