**DUMOND LAW FIRM, PLLC**
Samantha K. DuMond, Esq. No. 031072
340 East Palm Lane, Suite 100
Phoenix, AZ 85004
Phone: (602) 803-4975
Facsimile: (602) 680-3330
Samantha@DuMondLawAZ.com
*Attorney for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jane Doe, et al., <br><br> Plaintiffs, <br> vs. <br><br> Kris Mayes, et al., <br><br> Defendants. | No. CV-24-02259-PHX-MTL <br><br> **NOTICE OF LODGING** <br><br> (Hon. Michael T. Liburdi) |

Plaintiffs, through undersigned counsel, hereby provide notice of lodging a stipulated proposed order for the Court's consideration as to Plaintiff's Motion to Compel Production of Records filed September 10, 2025 (Doc. 191).

The parties have stipulated a partial resolution of Plaintiff's motion, however, Maricopa County Adult Probation will still require a court order to release the agreed upon documentation. The order lodged in tandem with this notice will fulfill that objective.

DATED this 10th day of December 2025.

        **DUMOND LAW FIRM, PLLC**
     By: ___/s/ Samantha DuMond_____
        Samantha K. DuMond, Esq.
        340 East Palm Lane, Suite 100
        Phoenix, AZ 85004
        Phone: (602) 803-4975
        Facsimile: (602) 680-3330
        Samantha@DuMondLawAZ.com
        Attorney for Plaintiffs

**CERTIFICATE OF SERVICE**

I hereby certify that on December 10, 2025, I electronically transmitted the attached document to the Clerk's Office using the ECF System for filing.

/s/ Samantha K. DuMond