**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Jane Doe, et al., | No. CV-24-02259-PHX-MTL |
| Plaintiffs, | **ORDER** |
| vs. | |
| Kris Mayes, et al., | (Hon. Michael T. Liburdi) |
| Defendants. | |

Upon stipulation of the parties and good cause appearing;

**IT IS ORDERED** granting Plaintiffs' Motion to Compel Production of Records (Doc. 191) in part:

**IT IS ORDERED** Maricopa County Adult Probation Department shall release all Quarterly Reports and Discharge Summaries relevant to Plaintiffs. The parties are reminded to maintain compliance with Protective Order (Doc. 34) in this matter.

Honorable Michael T. Liburdi

1