# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jane Doe, et al., | No. CV-24-02259-PHX-MTL |
| Plaintiffs, | **ORDER** |
| v. | |
| Kris Mayes, et al., | |
| Defendants. | |

Before the Court is Plaintiffs' Motion to Compel (Doc. 191), which moves the Maricopa County Adult Probation Department to produce records. (Doc. 191.) In two orders, the Court granted parts of the motion and reserved its ruling on the remaining items. (Docs. 226, 233.) The Court set a Status Conference for March 30, 2026, to resolve remaining items in the motion and ordered the parties to file a Joint Status Report with the Court indicating whether the parties need further involvement of the Court to resolve the motion. (*Id.*)

On March 23, 2026, the parties filed a Joint Status Report apprising the Court that "Plaintiffs are no longer pursuing the remaining items on the Motion to Compel." (Doc. 244.) The Court will therefore deny the remaining portions of Plaintiff's Motion to Compel (Doc. 191) as moot and vacate the Status Conference set for March 30, 2026.

**IT IS ORDERED** that the portions of Plaintiff's Motion to Compel (Doc. 191) on which ruling was previously reserved are **DENIED**.

. . .

**IT IS FURTHER ORDERED** that the Status Conference set for March 30, 2026, is **VACATED**.

Dated this 24th day of March, 2026.

Michael T. Liburdi
United States District Judge

- 2 -