**DUMOND LAW FIRM, PLLC**
Samantha K. DuMond, Esq. No. 031072
340 East Palm Lane, Suite A100
Phoenix, AZ 85004
Phone: (602) 803-4975
Facsimile: (602) 680-3330
Samantha@DuMondLawAZ.com

**HERALD PRICE FAHRINGER, PLLC**
**d/b/a/ FAHRINGER & DUBNO**
Erica T. Dubno, Esq. No. 037310
43 West 43rd Street, Suite 261
New York, NY 10036
Telephone: (212) 319-5351
Facsimile: (212) 319-6657
Erica.Dubno@fahringerlaw.com

*Attorneys for Plaintiffs*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Jane Doe, et al., | No. CV-24-02259-PHX-MTL |
| Plaintiffs, | **JOINT REPORT REGARDING GOOD FAITH SETTLEMENT DISCUSSIONS** |
| vs. | (Hon. Michael T. Liburdi) |
| Kris Mayes, et al., | |
| Defendants. | |

Plaintiffs Jane Doe, John Doe I, and John Doe II ("Plaintiffs"), and Defendant Col. Jeffrey Glover, in his official capacity as the director of the Arizona Department of Public Safety ("DPS"), by and through their respective counsel, respectfully submit this Joint Report regarding the parties' good faith settlement discussions, as directed by the Court.

A good faith settlement discussion was held over Zoom on July 1, 2026. Plaintiffs were represented by counsel Samantha DuMond and Erica Dubno, with Plaintiff Jane Doe also in attendance. DPS was represented by Emma Mark and Joshua Nomkin. Robert May of the Santa Cruz County Attorney's Office also attended. Counsel for the parties engaged in good faith settlement discussions to resolve this matter without further litigation

1

Plaintiffs presented two proposals directed toward resolving the remaining claims in this action. Defendants considered Plaintiffs' proposals. However, despite these efforts the parties were unable to reach a mutually acceptable resolution. Plaintiffs believe a settlement conference before a Magistrate Judge might be productive. However, Defendants believe that further settlement discussions would not be productive at this time. The parties will proceed with the existing case schedule including dispositive motion practice and, if necessary, a trial.

The parties remain willing to engage in additional settlement discussions should circumstances change or if the Court believes a settlement conference before a Magistrate Judge would be beneficial at a later stage of the proceedings.

DATED this 13th day of July, 2026.

**DUMOND LAW FIRM, PLLC**
By: ___*/s/ Samantha DuMond*_____

Samantha K. DuMond, Esq.
340 East Palm Lane, Suite A100
Phoenix, AZ 85004
Phone: (602) 803-4975
Facsimile: (602) 680-3330
Samantha@DuMondLawAZ.com

**HERALD PRICE FAHRINGER, PLLC**
**d/b/a/ FAHRINGER & DUBNO**
Erica T. Dubno, Esq. No. 037310
43 West 43rd Street, Suite 261
New York, NY 10036
Telephone: (212) 319-5351
Facsimile: (212) 319-6657
Erica.Dubno@fahringerlaw.com

Attorneys for Plaintiffs

2

By */s/ Emma Mark (with permission)*
Emma H. Mark
Kenneth R. Hughes
Joshua G. Nomkin
Office of the Arizona Attorney General
2005 N. Central Ave.
Phoenix, Arizona 85004

*Attorneys for Defendant Col. Jeffrey Glover, Director of the Arizona Department of Public Safety*

By */s/ Robert F. May (with permission)*
Robert F. May, Esq.
Bureau Chief – Civil Division
Santa Cruz County Attorney's Office
2150 North Congress Drive, Suite 201
Nogales, Arizona 85621
(520) 375-7780
Rmay@santacruzcountyaz.gov

*Attorney for Defendant David Hathaway, Santa Cruz County Sheriff*

3